CANDICE L. FIELDS
Candice Fields Law, PC
400 Capitol Mall, Suite 1620
Sacramento, CA. 95814
(916)414-8050
cfields@candicefieldslaw.com

Attorney for defendant
Kimberly Wallace

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICKY LEE WARE,<br>KIMBERLY ANN WALLACE and<br>CARLOS LEE SANCHEZ, JR.,<br><br>Defendants. | CASE NO. 2:24-CR-281-DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER<br><br>DATE: July 18, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case is set for a status conference on July 18, 2025.

2. By this stipulation, defendants now move to continue the status conference until September 12, 2025, and to exclude time between July 18, 2025, and September 12, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery in this matter, to date, consisting of over 52,000 pages of investigative reports, photographs and video surveillance evidence and 3000 native files. The government has begun producing (electronic) copies and/or extraction reports related to the eight seized electronic devices (adding a significant volume of discovery to the

1

already substantial amount of discovery previously produced by the government).

       b)     Counsel for defendants have met with their clients to discuss their respective cases.  Defense counsel desire additional time to conduct investigation into the charges, the alleged roles of their respective clients, and to review discovery in this case. Defense counsel will need additional time to discuss potential resolutions with their clients, prepare pretrial motions, and otherwise prepare for trial.

       c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)     The government does not object to the continuance.

       e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 18, 2025 to September 12, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 24, 2025                          /s/ LINDA PARISI
                                                  LINDA PARISI
                                                  Counsel for Defendant
                                                  RICKY LEE WARE

| | |
|---|---|
| Dated:  June 24, 2025 | /s/ CANDICE L. FIELDS |
| | CANDICE L. FIELDS |
| | Counsel for Defendant |
| | KIMBERLY ANN WALLACE |
| Dated:  June 24, 2025 | /s/ JOHN R. MANNING |
| | JOHN R. MANNING |
| | Counsel for Defendant |
| | CARLOS LEE SANCHEZ, Jr |
| Dated:  June 24, 2025 | MICHELE BECKWITH |
| | Acting United States Attorney |
| | /s/ NICHOLAS M. FOGG |
| | NICHOLAS M. FOGG |
| | Assistant United States Attorney |

**ORDER**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' stipulation. Accordingly, the Status Conference scheduled for July 18, 2025, at 9:30 a.m. is VACATED and RESET for September 12, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between July 18, 2025 and September 12, 2025 inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **June 30, 2025**

Dena Coggins
United States District Judge