LINDA M. PARISI
Attorney at Law
917 G Street
Sacramento, CA 95814
(916) 441-4888
linda@wingparisilaw.com

Attorney for Defendant
Ricky Lee Ware

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>RICKY LEE WARE,<br>KIMBERLY ANN WALLACE and<br>CARLOS LEE SANCHEZ, Jr.,<br><br><br>                              Defendants. | CASE NO.  2:24-CR-0281-DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: May 29, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena M. Coggins |

**STIPULATION**

The United States of America through its undersigned counsel, Nicholas Fogg, Assistant United States Attorney, together with counsel for defendant Ricky Lee Ware, Linda Parisi, Esq., counsel for defendant Kimberly Ann Wallace, Candice L. Fields, Esq., and counsel for defendant Carlos Lee Sanchez, Jr., John R. Manning, hereby stipulate the following:

1.  By previous order, this matter is set for Change of Plea or Trial Setting Hearing for May 29, at 9:30 a.m. in Courtroom 10 before District Judge Dena M. Coggins.

2.  By this stipulation, the parties now move to continue the matter until June 10, 2026, at 9:30 a.m., and to exclude time between May 29, 2026, and June 10, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] to allow defense counsel time to prepare.

1

3.   The parties agree and stipulate, and request the Court find the following:

a)      The government has produced discovery in this matter, consisting of thousands of pages of investigative reports, photographs and video surveillance. Also, extraction reports related to the eight seized electronic devices.

b)      Counsel for defendants have met with their clients to discuss their respective cases.  Defense counsel is close to a resolution in this matter but will need additional time to discuss potential resolutions with their clients, prepare pretrial motions, and otherwise prepare for trial if necessary.

c)      Counsel for defendant Ricky Lee Ware is not available on May 29, 2026. Counsel is in a complex murder trial with a co-defendant in Sacramento, CA.  May 29, 2026 was available but Judge Bowman ordered that the K Street trial will be in session on May 22 and May 29, 2026. As a result, Ms. Parisi is no longer available on May 29, 2026, date.

d)      Counsel for defendant Kimberly Ann Wallace is also not available May 29, 2026. Ms. Fields is in a restitution hearing in NDCA in Judge Tigar's courtroom. He set a hearing for a multi-defendant case. As a result, Ms. Fields is no longer available on May 29, 2026, date.

e)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary to settle the case and for effective preparation, taking into account the exercise of due diligence.

f)      The government does not object to the continuance.

g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of  May 29, 2026 to June 10, 2026 NEW DATEinclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 15, 2026                              /s/ LINDA PARISI
                                                 LINDA PARISI
                                                 Counsel for Defendant
                                                 RICKY LEE WARE


Dated:  May 15, 2026                             /s/ CANDICE L. FIELDS
                                                 CANDICE L. FIELDS
                                                 Counsel for Defendant
                                                 KIMBERLY ANN WALLACE


Dated:  May 15, 2026                             /s/ JOHN R. MANNING
                                                 JOHN R. MANNING
                                                 Counsel for Defendant
                                                 CARLOS LEE SANCHEZ, Jr


Dated:  May 15, 2026                             ERIC GRANT
                                                 United States Attorney

                                                 /s/ NICHOLAS M. FOGG
                                                 NICHOLAS M. FOGG
                                                 Assistant United States Attorney

3

**ORDER**

IT IS HEREBY ORDERED as to Ricky Lee Ware, Kimberly Ann Wallace, and Carlos Lee Sanchez, Jr., the court, having received, read and considered the parties' stipulation filed on May 15, 2026 (Doc. No. 84), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Change of Plea or Trial Setting Hearing scheduled for May 29, 2026, is VACATED and RESET for June 10, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between May 29, 2026 and June 10, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **May 20, 2026**

_____
Dena Coggins
United States District Judge

4