CANDICE L. FIELDS
Candice Fields Law, PC
621 Capitol Mall, Suite 900
Sacramento, CA. 95814
(916)414-8050
cfields@candicefieldslaw.com


Attorney for defendant
Kimberly Wallace

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICKY LEE WARE,<br>KIMBERLY ANN WALLACE and<br>CARLOS LEE SANCHEZ, JR.,<br><br>Defendants. | CASE NO.  2:24-CR-281-DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER<br><br>DATE: June 10, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendant's counsel of record, hereby stipulate as follows:

1.     This case is set for a status conference on June 10, 2026.

2.     By this stipulation, defendants now move to continue the status conference until August 7, 2026, and to exclude time between June 10, 2026, and August 7, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has produced discovery in this matter, to date, consisting of over 52,000 pages of investigative reports, photographs and video surveillance evidence and 3000 native files.  The government has produced (electronic) copies and/or extraction reports related to the eight seized electronic devices.

1

b)      The government has distributed settlement offers which include a term requiring both defendants Ware and Wallace to accept their respective offers as a "package" deal. While counsel for defendants have met with their clients to discuss their respective cases, defense counsel requires additional time to conduct investigation into the charges, the alleged roles of their respective clients, and to discuss the draft plea agreements. However, counsel for defendant Ware, Linda Parisi, has been and currently is in trial in Sacramento County (the commonly named "K Street murder trial") and has been unavailable to discuss the current settlement offer with her client; further, she will be unavailable on June 10, 2026 – the currently set hearing date in this matter.

c)      The parties agree and stipulate that based upon the current status of negotiations, a negotiated resolution is highly likely, and a trial date will not be required. Rather, a continued plea or set hearing is the better alternative. A short continuance of the currently set hearing is therefore requested.

d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 10, 2026, to August 7, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  June 4, 2026                                              /s/ LINDA PARISI
                                                                               LINDA PARISI
                                                                               Counsel for Defendant
                                                                               RICKY LEE WARE


Dated:  June 4, 2026                                              /s/ CANDICE L. FIELDS
                                                                               CANDICE L. FIELDS
                                                                               Counsel for Defendant
                                                                               KIMBERLY ANN WALLACE

Dated:  June 4, 2026                                              ERIC GRANT
                                                                               United States Attorney

                                                                               /s/ NICHOLAS M. FOGG
                                                                               NICHOLAS M. FOGG
                                                                               Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED as to Ricky Lee Ware and Kimberly Ann Wallace, the court, having received, read and considered the parties' stipulation filed on June 4, 2026 (Doc. No. 86), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Change of Plea/Trial Setting Hearing scheduled for June 10, 2026, is VACATED and RESET for August 7, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between June 10, 2026 and August 7, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  **June 5, 2026**    _____

Dena Coggins
United States District Judge

4